UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JAN 2 6 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Jay Milan Corporation and Sunil Patel

vs.          Case No.: 4:11-CV-007

Zurich American Insurance Company

## ORDER

BE IT REMEMBERED on this the 25 day of January, 20 11, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Sergio V. Leal, counsel for Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Sergio V. Leal may appear on behalf of Plaintiffs in the above case.

IT IS FURTHER ORDERED that Sergio V. Leal, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 25 day of Janurary, 20 ____.

Robert Junell
US District Judge